USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ARTURO YEREMIS,                                       :
                                                      :
                                  Plaintiff,          :
                                                      :
          -against-                                   :          1:20-cv-04723-GHW
                                                      :
AMERIT FLEET SOLUTIONS, CHARTER        :                         ORDER
COMMUNICATIONS INC., A-1 ALL GERMAN :
CAR CORPORATION, AND CITY OF NEW       :
YORK POLICE DEPARTMENT,                               :
                                                      :
                                  Defendants.         :

---------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On July 28, 2020, Plaintiff filed an emergency motion to compel Defendant Amerit Fleet

Solutions ("Amerit") to grant Plaintiff access to his locker to retrieve his personal property.  Dkt.

No. 8.  That application is DENIED without prejudice.  Because Amerit has not appeared in this

case and, to the Court's knowledge, has not been served, Plaintiff is directed to pursue the

requested relief via order to show cause.  Plaintiff is directed to follow the procedures described in

Rule 4(C) of the Court's Individual Rules of Practice in Civil Cases and Rule 4 of the Court's

Emergency Individual Rules and Practices in Light of COVID-19.

Counsel for Plaintiff is directed to serve a copy of this order on Defendants and to file

proof of service.

SO ORDERED.

Dated:  July 29, 2020                              _____
                                                        GREGORY H. WOODS
                                                       United States District Judge