```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
   ARTURO YEREMIS,                             :
                                                  :
                          Plaintiff,     :
             -against-                    :          1:20-cv-04723-GHW
                                                  :
   AMERIT FLEET SOLUTIONS, CHARTER    :           ORDER
   COMMUNICATIONS INC., A-1 ALL GERMAN:
   CAR CORPORATION, AND CITY OF NEW   :
   YORK POLICE DEPARTMENT,            :
                                                  :
                        Defendants.   :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

     An initial pretrial conference in this case was scheduled for August 26, 2020. However, to the Court's knowledge, Defendants have not yet been served. Therefore, the initial pretrial conference is adjourned to October 22, 2020 at 2:00 p.m. The joint letter described in the Court's June 29, 2020 order, Dkt. No. 5, is due no later than October 15, 2020.

     SO ORDERED.

Dated: August 20, 2020
                                                             _____
                                                                  GREGORY H. WOODS
                                                             United States District Judge