# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/20

**Kimberley E. Lunetta**
Of Counsel
+1.212.309.6656
kimberley.lunetta@morganlewis.com

August 20, 2020

**VIA ECF**                                                **MEMORANDUM ENDORSED**

The Honorable Gregory H. Woods
United States District Judge
United States District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

        Re:    *Arturo Yeremis v. Amerit Fleet Solutions, et al.*
                 Case No. 1:20-cv-04723

Dear Judge Woods:

       This firm represents Charter Communications Inc. ("Charter"), which has been named as a defendant in the above-referenced action. Pursuant to Rule I(E) of Your Honor's Individual Rules of Practice in Civil Cases, we write with Plaintiff's consent, to request: (1) a brief extension of time until September 30, 2020 to respond to the Complaint; and (2) an adjournment of the August 26, 2020 initial conference until sometime after September 30. This is the first request for an extension of time in this matter. The extension will not affect any other deadlines in the case.

       We were recently retained to represent Charter Communications in this matter and request this extension to have the opportunity to investigate the allegations in the Complaint in preparation of a response. Additionally, given the current COVID-19 pandemic, access to relevant documents and witnesses may be delayed, and as such, we request this extension to ensure that we have sufficient time to prepare a fulsome response to the Complaint.

       We appreciate the Court's consideration of this request.

                                                    Sincerely,

                                                    /s/ *Kimberley E. Lunetta*
                                                    Kimberley E. Lunetta

cc: All Counsel of Record (via ECF)

---

Application granted in part and denied as moot in part. The deadline for Defendant Charter Communications to answer or otherwise respond to the Complaint is extended to September 30, 2020. The initial pretrial conference has already been adjourned to October 22, 2020 at 2:00 p.m. Dkt. No. 10.

SO ORDERED.

Dated: August 21, 2020
New York, New York

                                                     GREGORY H. WOODS
                                                     United States District Judge