USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ARTURO YEREMIS,

                        Plaintiff,

            -against-                             1:20-cv-04723-GHW

AMERIT FLEET SOLUTIONS, CHARTER      ORDER
COMMUNICATIONS INC., A-1 ALL GERMAN
CAR CORPORATION, AND CITY OF NEW
YORK POLICE DEPARTMENT,

                       Defendants.
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        On September 22, 2020, the Court issued an order to show cause why Defendants Amerit Fleet Solutions ("Amerit") and A-1 All German Car Corporation ("A-1") should not be enjoined from refusing to permit Plaintiff from entering the premises at 401 West 219th Street, New York, NY or other locations where Plaintiff's tools were stored. Dkt. No. 22. The Court directed Plaintiff's counsel to serve a copy of the order on Defendants by September 30, 2020 and to file proof of service. Plaintiff has filed proof of service on Defendants Charter Communications, Inc. and the New York City Police Department. Dkt. Nos. 23 and 24. Plaintiff has not filed proof of service on Amerit or A-1, the Defendants against whom relief is sought. Plaintiff is directed to file proof of service on those Defendants forthwith, and in no event later than October 2, 2020.

        SO ORDERED.

Dated: October 1, 2020
       New York, New York

                                                         GREGORY H. WOODS
                                                          United States District Judge