```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ARTURO YEREMIS,                                 :
                                                :
                        Plaintiff,              :
          -against-                             :        1:20-cv-04723-GHW
                                                :
AMERIT FLEET SOLUTIONS, CHARTER                 :        ORDER
COMMUNICATIONS INC., A-1 ALL GERMAN             :
CAR CORPORATION, and CITY OF NEW                :
YORK POLICE DEPARTMENT,                         :
                                                :
                        Defendants.             :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On October 13, 2020, the Court held a conference regarding Defendant Charter Communication Inc.'s September 30, 2020 request for leave to file a motion to dismiss. Dkt. No. 25. That application is granted. The deadline for Charter to serve its motion to dismiss is November 13, 2020. Plaintiff's opposition is due within twenty-one days after service of Charter's motion; Charter's reply, if any, is due within seven days after service of Plaintiff's opposition.

SO ORDERED.

Dated: October 13, 2020
       New York, New York                              _____
                                                            GREGORY H. WOODS
                                                          United States District Judge