```
┌─────────────────────────────────────────┐
│ USDC SDNY                                │
│ DOCUMENT                                 │
│ ELECTRONICALLY FILED                     │
│ DOC #: _____                  │
│ DATE FILED:  10/23/2020                  │
└─────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

ARTURO YEREMIS,                               :
                                              :
                          Plaintiff,          :
                   -against-                  :                 1:20-cv-04723-GHW
                                              :
AMERIT FLEET SOLUTIONS, CHARTER               :                 ORDER
COMMUNICATIONS INC., A-1 ALL                  :
GERMAN CAR CORPORATION, and CITY              :
OF NEW YORK POLICE DEPARTMENT,                :
                                              :
                          Defendants.         :
--------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On October 22, 2020, the Court held a conference regarding the September 22, 2020 order

to show cause in connection with Plaintiff's application for a preliminary injunction, Dkt. No. 22,

and the October 15, 2020 request for leave to file a motion to dismiss filed by Defendant City of

New York ("NYPD"), Dkt. No. 33.

For the reasons stated on the record, Plaintiff's application for a preliminary injunction is

DENIED.

NYPD's request for leave to file a motion to dismiss is GRANTED.  The deadline for

NYPD to serve its motion to dismiss is November 20, 2020.  Plaintiff's opposition is due within

twenty-one days after service of NYPD's motion; NYPD's reply, if any, is due within seven days

after service of Plaintiff's opposition.  For the reasons stated on the record, discovery is stayed as to

NYPD pending NYPD's motion to dismiss.

Plaintiff is directed to submit a status letter advising the Court whether Plaintiff intends to amend the Complaint by October 29, 2020.

SO ORDERED.

Dated:  October 22, 2020

_____
GREGORY H. WOODS
United States District Judge