USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ARTURO YEREMIS,

                      Plaintiff,

-against-

AMERIT FLEET SOLUTIONS, CHARTER COMMUNICATIONS INC., and A-1 ALL GERMAN CAR CORPORATION,

                      Defendants.

-----------------------------------------------------------------X

1:20-cv-04723-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On May 9, 2021, the Court issued an order in which it directed Mr. Zack to file an application to withdraw as counsel. Dkt. No. 105. Subsequently, Mr. Zack filed his application. Dkt. Nos. 106. The Court will hold a teleconference at which it will discuss Mr. Zack's application and how this case should proceed. The teleconference will take place on June 7, 2021 at 2:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. Plaintiff is directed to personally appear and participate at the conference. If Plaintiff cannot speak and understand English fluently, he is directed to retain the services of an interpreter for purposes of participating in the proceeding. Plaintiff is further directed to instruct his chosen interpreter to contact the Court's deputy, Ms. Joseph, at least three business days before the date of the conference to receive instructions regarding how to participate in the teleconference. Ms. Joseph may be reached by telephone at (212) 805-0296.

      SO ORDERED.

Dated: May 28, 2021
New York, New York

                                        GREGORY H. WOODS
                                        United States District Judge