USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ARTURO YEREMIS,

                    Plaintiff,

-against-                    1:20-cv-04723-GHW

AMERIT FLEET SOLUTIONS, CHARTER    ORDER
COMMUNICATIONS INC., and A-1 ALL
GERMAN CAR CORPORATION,

                    Defendants.

-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On June 7, 2021, the Court held a teleconference with the parties at which it discussed, among other issues, Mr. Zack's application to withdraw as counsel for Plaintiff. For the reasons stated on the record, Mr. Zack's application is granted. Additionally, as stated on the record, this case is stayed until July 9, 2021 to afford Mr. Yeremis an opportunity to retain new counsel. If new counsel for Mr. Yeremis does not file a notice of appearance by that date, the Court will presume that Mr. Yeremis intends to proceed *pro se*.

The Clerk of Court is directed to terminate Mr. Zack from the list of active counsel in this case. The Clerk is additionally directed to update the contact information for Mr. Yeremis to reflect the following information:

    Address: 231 Sherman Avenue, Apt. 3G, New York, NY 10034

    Phone Number: (347) 749-5256

The Clerk is further directed to mail a copy of this order to Mr. Yeremis at his updated address by first class mail.

    SO ORDERED.

Dated: June 7, 2021                          _____
New York, New York                     GREGORY H. WOODS
                                        United States District Judge