```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
   ARTURO YEREMIS,                              :
                                                :
                           Plaintiff,    :
               -against-                   :                  1:20-cv-04723-GHW
                                                :
   AMERIT FLEET SOLUTIONS, CHARTER    :                  ORDER
   COMMUNICATIONS INC., and A-1 ALL     :
   GERMAN CAR CORPORATION,               :
                                                :
                         Defendants.  :
----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On December 13, 2021, the Court issued its Memorandum Opinion & Order dismissing Plaintiff's Complaint without prejudice. Plaintiff was directed that any amended complaint was due within 14 days of the date of the Court's Memorandum Opinion & Order. Dkt. No. 116. The Court has yet to receive an amended complaint.

      The Clerk of Court is directed to enter judgment for defendants Charter Communications Inc., and A-1 All German Car Corporation and to close the case.

      The Clerk of Court is directed to send a copy of this order by first class mail to Plaintiff.

      SO ORDERED.

Dated: January 11, 2022
       New York, New York

                                                             GREGORY H. WOODS
                                                      United States District Judge