**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ARTURO YEREMIS,

                Plaintiff,

  -against-                                 20 **CIVIL** 4723 (GHW)

                                             **<u>JUDGMENT</u>**

AMERIT FLEET SOLUTIONS, CHARTER
COMMUNICATIONS INC., and A-1 ALL
GERMAN CAR CORPORATION,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 11, 2022, the Court issued its Memorandum Opinion & Order on December 13, 2021, dismissing Plaintiff's Complaint without prejudice. Plaintiff was directed that any amended complaint was due within 14 days of the date of the Court's Memorandum Opinion & Order. Dkt. No. 116. The Court has yet to receive an amended complaint. Judgment is entered for defendants Charter Communications Inc., and A-1 All German Car Corporation; accordingly, the case is closed.

**Dated:**  New York, New York

         January 11, 2022

                                                                      **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                       **BY:**      K. Mango

                                                                       **Deputy Clerk**